THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:06-cr-00250-MR-WCM-21

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **O R D E R** |
| TITO ANTONIO WROTEN, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Defendant's motion for the admission of attorney Gail Rodgers as counsel *pro hac vice*. [Doc. 521]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 521] is **ALLOWED**, and Gail Rodgers is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: June 29, 2020

Martin Reidinger
Chief United States District Judge